UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AGUSTIN MARTINEZ-VILLA, )
) CASE NO. C10-1215-TSZ
　　　　　Petitioner, )
)
　v. )
) ORDER OF DISMISSAL
ICE FIELD OFFICE DIRECTOR, )
)
　　　　　Respondent. )
)

　　　　The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 16, to which no objections have been filed, finds and Orders as follows:

　　　　1.　　The Court adopts the Report and Recommendation;

　　　　2.　　Petitioner's petition for writ of habeas corpus (Dkt. 6) is DENIED, respondent's motion to dismiss (Dkt. 11) is GRANTED, and this matter is DISMISSED, with prejudice; and

　　　　3.　　The Clerk is directed to send a copy of this Order to the parties and to Judge Theiler.

ORDER OF DISMISSAL
PAGE - 1

01        DATED this 3rd day of December, 2010.

02
03                                     /s/ Thomas S. Zilly
04                                     Thomas S. Zilly
                                       United States District Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE - 2